IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–27–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| FRANCISCO LOPEZ, | |
| Defendant. | |

Before the Court is Defendant Francisco Lopez's Unopposed Motion to Permit Travel to Mexico. (Doc. 42.) The motion states that Mr. Lopez is currently on supervised release and resides in Bozeman, Montana, and he would like to visit his family residing in Mexico over the Christmas holiday. (*Id.* at 1–2.) The motion states that Mr. Lopez has been on supervised release since April 29, 2020, he has had no violations, he was completely compliant while on pre-trial release, and his probation officer has no objection to his travel to Mexico. (*Id.* at 2.) The United States defers to the Court's discretion. (*Id.*)

Under Mr. Lopez's conditions of supervised release, he is not permitted to knowingly leave "the federal judicial district where [he is] authorized to reside without first getting permission from the court or probation officer." (Doc. 38 at 4.) The Court finds the granting of such permission proper in this case.

Accordingly, IT IS ORDERED that the motion (Doc. 42) is GRANTED.

1

IT IS FURTHER ORDERED that Mr. Lopez shall be permitted to travel outside the District of Montana from December 18, 2021 until January 9, 2022 for the purpose of visiting his family in Mexico.

IT IS FURTHER ORDERED that prior to departing, Mr. Lopez shall provide all travel and lodging details to his probation officer.

DATED this 6th day of December, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court